# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1298

_____

Arthur Maule,                                          *
                                                       *
                  Appellant,                           *
                                                       *   Appeal from the United States
         v.                                            *   District Court for the
                                                       *   Western District of Missouri
Dan Glickman, Secretary, U.S.                          *       [UNPUBLISHED]
Department of Agriculture,                             *
                                                       *
                  Appellee.                            *

_____

Submitted:  October 30, 1998

Filed:  November 4, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

        Arthur Maule appeals from the district court's[1] adverse grant of summary judgment in his action alleging breanch of a settlement agreement by Dan Glickman, as Secretary of the U.S. Department of Agriculture.  Having reviewed the record and the parties' submissions, we conclude that the district court's judgment is correct.  See 8th Cir. R. 47B.

_____

[1]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.